# Exhibit 3
# State Court Docket Sheet

## DC-16-06416 - MAYRA AVILA, et al vs. NEIL DIAZ, et al

Case Number: DC-16-06416
File Date: 05/26/2016
Case Status: OPEN

Court: 160th District Court
Case Type: MOTOR VEHICLE ACCIDENT

---

PLAINTIFF : AVILA, MAYRA
Address:
  17 OAK LAWN LANE
  HUTCHINS TX 75141

Active Attorneys
  Lead Attorney:
    **SORRELLS, RYAN**
  Retained
  Work Phone: 214-941-8300
  Fax Phone: 214-943-7536

PLAINTIFF : NERI-GUIJARRO, JESUS
Address:
  3829 TOLBERT STREET
  DALLAS TX 75227

Active Attorneys
  Lead Attorney:
    **SORRELLS, RYAN**
  Retained
  Work Phone: 214-941-8300
  Fax Phone: 214-943-7536

DEFENDANT : DIAZ, NEIL
Address:
  15660 SW 82ND CIRCLE LANE, #68
  MIAMI FL 33193

DEFENDANT : MNM TRANSPORT SERVICES, LLC
Address:
  BY SERVING: AZUR RAMIC
  1410 28TH STREET SE
  GRAND RAPIDS MI 49508

Active Attorneys
  Lead Attorney:
    **RIOS, REUBEN RAYMOND**
  Retained
  Work Phone: 214-721-6210
  Fax Phone: 214-721-6289

---

05/26/2016 NEW CASE FILED (OCA) - CIVIL
05/26/2016 ORIGINAL PETITION
  Comment: Mayra Avila et al - Plfs' Original Petition & Request for Disclosure
05/31/2016 REQUEST FOR SERVICE
  Ltr Requesting Citation(s).pdf
  Comment: Ltr Requesting Citation(s)
05/31/2016 ISSUE CITATION
06/03/2016 CITATION ISSUED
  DC16-6416.pdf
  DC16-6416 (2).pdf
06/03/2016 CITATION
  Anticipated Server: ESERVE           Anticipated Method:
  Anticipated Server: ESERVE           Anticipated Method:
  Comment: ESERVE/AM
07/19/2016 ORIGINAL ANSWER - GENERAL DENIAL
  Defendant MNM Transport Services, LLC's Original Answer to P

08/05/2016 MOTION - QUASH
   Defendant's Motion to Quash Notice of Deposition of Corporat
   Comment: PLAINITT NOTICE OF INTENTION
08/05/2016 NON-SIGNED PROPOSED ORDER/JUDGMENT
   Proposed Order Granting Motion to Quash.PDF
   Comment: PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO QUASH

---

AVILA, MAYRA
   Total Financial Assessment     $16.00
   Total Payments and Credits     $16.00

| 6/1/2016 | Transaction Assessment | | | $16.00 |
|---|---|---|---|---|
| 6/1/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 34367-2016-DCLK | AVILA, MAYRA | ($16.00) |

NERI-GUIJARRO, JESUS
   Total Financial Assessment     $287.00
   Total Payments and Credits     $287.00

| 5/27/2016 | Transaction Assessment | | | $287.00 |
|---|---|---|---|---|
| 5/27/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 33630-2016-DCLK | NERI-GUIJARRO, JESUS | ($287.00) |

---

Ltr Requesting Citation(s).pdf
DC16-6416.pdf
DC16-6416 (2).pdf
Defendant MNM Transport Services, LLC's Original Answer to P
Defendant's Motion to QUash Notice of Deposition of Corporat
Proposed Order Granting Motion to Quash.PDF